# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                          CASE NO.  3:06cr42LAC

KENNETH GIBBONS

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on ___September 13, 2007___

Motion/Pleadings:__MOTION FOR RECOMMENDATION TO BUREAU OF PRISONS THAT THE FLORIDA DEPARTMENT OF CORRECTIONS BE DESIGNATED AS THE PLACE OF CONFINEMENT FOR FEDERAL SENTENCE NUNC PRO TUNC TO DATE OF SENTENCING___

Filed by _DEFENDANT_____ on ___9/13/2007____ Doc.# 20_____

RESPONSES:

_____ on _____ Doc.# _____

_____ on _____ Doc.# _____

_____ Stipulated    _____ Joint Pldg.

x_____ Unopposed    _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)          Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 17th day of September, 2007, that:*

*(a) The relief requested is **GRANTED**.*

*(b) It is ordered that the federal sentence in this case be served concurrently with the State sentence of seven years he is now serving. The Florida Bureau of Prisons is designated as the place of confinement for serving of the federal sentence in the case nunc pro tunc to 8 August 2006.*

Entered On Docket: _____ By: _____    *s/L. A. Collier*

Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP    ***LACEY A. COLLIER***

Copies sent to:_____    ***Senior United States District Judge***

_____

_____

Document No.